

# Fourth Court of Appeals
## San Antonio, Texas

October 4, 2018

No. 04-18-00367-CV

**CITY OF SAN ANTONIO**,
Appellant

v.

Gabrielle **ROCHA**,
Appellee

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2017CI19451
Honorable John D. Gabriel, Jr., Judge Presiding

# O R D E R

Appellant's motion for extension of time to file its reply brief is GRANTED. Appellant's reply brief is due November 9, 2018.

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of October, 2018.

_Keith E. Hottle_
KEITH E. HOTTLE,
Clerk of Court